United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-21135
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

VALENTIN RODRIGUEZ VENCES,
also known as Flaco,

                              Defendant-Appellant.

--------------------
Appeal from the United States District
for the Southern District of Texas
USDC No. 4:02-CR-575-3
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Valentin Rodriguez Vences has

moved for leave to withdraw and has filed briefs in accordance

with Anders v. California, 386 U.S. 738 (1967).  Our independent

review of the briefs, Rodriguez Vences's response, and the record

discloses no nonfrivolous issues for appeal.

     Accordingly, counsel's motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  Counsel's

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

request that Rodriguez Vences be permitted to proceed pro se on appeal is DENIED.